Case Nos. 15-4028, 15-4029

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| WINDSOR SECURITIES, LLC, a Nevada limited liability company, *Intervenor-Defendant/Appellant*<br>v.<br>PHL VARIABLE INSURANCE COMPANY, *Plaintiff/Appellee*.<br><br><br>THE SHELDON HATHAWAY FAMILY INSURANCE TRUST, by and through its trustee, DAVID HATHAWAY, *Defendant/Appellant*<br>v.<br>PHL VARIABLE INSURANCE COMPANY, *Plaintiff/Appellee*. | Appeal from the United States District Court for the District of Utah, The Honorable Robert J. Shelby Civil Case No. 2:10cv-67-RJS |

_____

## APPELLANTS' MOTION TO FILE CORRECTED OPENING BRIEF
_____

R. Willis Orton
Alexander Dushku
R. Shawn Gunnarson
Shawn T. Richards
KIRTON | MCCONKIE
60 East South Temple, Suite 1800
Salt Lake City, UT  84111
(801) 328-3600
*Attorneys for Appellants*

David W. Scofield
PETERS|SCOFIELD
7430 Creek Road, Suite 303
Sandy, Utah 84093
(801) 322-2002

Pursuant to Fed. R. App. P. 27 and 10th Cir. R. 27.4(a)(2), Appellants Windsor Securities, LLC and The Sheldon Hathaway Family Insurance Trust respectfully move to file a corrected version of their opening brief. The grounds for this motion are as follows:

1. On August 10, 2015, Appellants timely filed their opening brief in the above-captioned matter, entitled Brief of Appellants.

2. While reviewing the opening brief in preparation for oral argument, lead appellate counsel, Alexander Dushku, discovered pagination discrepancies in citations to the multi-volume sealed Appendix (*i.e.*, those citations marked with an "S" reference).

3. Mr. Dushku then instructed the litigation team to conduct a comprehensive review of all citations to the record in both appellants' briefs. That review confirmed that the reply brief is accurate as filed. But the opening brief contains numerous incorrect citations to the sealed Appendix. Virtually all of the errors consist of a <u>two-page discrepancy</u> between the citation in the brief and the Bates number assigned to the corresponding document in the sealed Appendix.

4. Although we do not know with certainty what caused this error, we believe that the Bates numbering in the sealed Appendix was inadvertently changed by clerical or mechanical error after the opening brief was prepared for filing.

5. After consulting with the clerk's office, we determined that this error occurred too many times to make an errata sheet convenient for the Court and that the better approach would be to file a corrected brief that matches all of the record citations in the opening brief to the Bates numbering in the Appendix.

6. The corrected brief only alters the opening brief by correcting erroneous Appendix citations and ensuring that the certificate of compliance, ECF certificate, and certificate of service are accurate. Minor adjustments to the page numbers in citations to the sealed Appendix account for all changes to the text of the brief, with two exceptions: (1) on page 25 a confusing reference was changed from "*Compare* Aplt. App. S20-S21 *with id.* 670 (admitting)" to "Aplt. App. S444; *accord id.* S20-S21 (quoting S444); *id.* 670 (admitting)"; (2) on page 57 a mistakenly transposed number was changed from "*Id.* 679" to "*Id.* 769."

7. To remove any doubt, the only changes to the text of the opening brief consist of the corrected Appendix citations we have described. No other changes and no substantive changes have been made.

For the foregoing reasons, Appellants respectfully move to file the attached corrected brief.

Respectfully submitted,

s/ Alexander Dushku
_____
Alexander Dushku
   *Attorney for Appellants*
KIRTON | MCCONKIE
60 East South Temple, Suite 1800
Salt Lake City, UT  84111
adushku@kmclaw.com
(801) 328-3600

January 25, 2016

# CERTIFICATE OF ECF COMPLIANCE

Pursuant to § II(I) of the 10th Circuit Court of Appeals CM/ECF User's Manual, I hereby certify that:

All required privacy redactions have been made;

The hard copies of the accompanying Corrected Brief of Appellants are exact copies of the ECF filing; and

The foregoing response, submitted via ECF, has been scanned for viruses with Sophos Endpoint Security & Control version 10.3 (updated January 25, 2016) and, according to the program, is free of viruses.

DATED this 25th day of January, 2016.

                                                    s/ Alexander Dushku
                                                    _____
                                                    Alexander Dushku
                                                        *Attorney for Appellants*
                                                    KIRTON | MCCONKIE
                                                   60 East South Temple, Suite 1800
                                                   Salt Lake City, UT  84111
                                                   adushku@kmclaw.com
                                                   (801) 328-3600

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2016, I electronically filed the foregoing using the court's CM/ECF system, which will send notification of such filing to the following:

Jessica L. Wilson
jessica.wilson@emhllp.com

Thomas F.A. Hetherington
tom.hetherington@emhllp.com

Andrew Kasner
andrew.kasner@emhllp.com

Mark Morris
mmorris@swlaw.com

DATED this 25th day of January, 2016

s/ Alexander Dushku
_____
Alexander Dushku
   *Attorney for Appellants*
KIRTON | MCCONKIE
60 East South Temple, Suite 1800
Salt Lake City, UT  84111
adushku@kmclaw.com
(801) 328-3600