FILED
United States Court of Appeals
Tenth Circuit

January 29, 2016

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

―――――――――――――――――――――

PHL VARIABLE INSURANCE COMPANY,

    Plaintiff - Appellee,

v.

THE SHELDON HATHAWAY FAMILY INSURANCE TRUST, by and through its trustee, DAVID HATHAWAY,

    Defendant – Appellant,

and

WINDSOR SECURITIES, LLC,

    Intervenor Defendant - Appellant.

Nos. 15-4028 and 15-4029

―――――――――――――――――――――

## ORDER
―――――――――――――――――――――

Before **MATHESON**, **BALDOCK**, and **MORITZ**, Circuit Judges.
―――――――――――――――――――――

These matters are before the court on Appellant's *Motion to File Corrected Opening Brief*. Within 7 days from the date of this order, Appellee shall file a response to

the motion.

                Entered for the Court

                ELISABETH A. SHUMAKER, Clerk

                by: Lindy Lucero Schaible
                    Counsel to the Clerk