Case Nos. 15-4028 and 15-4029

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

**PHL VARIABLE INSURANCE COMPANY,**
PLAINTIFF – APPELLEE,

v.

**THE SHELDON HATHAWAY FAMILY INSURANCE TRUST,**
DEFENDANT – APPELLANT,

AND

**WINDSOR SECURITIES, LLC,**
INTERVENOR-DEFENDANT – APPELLANT.

On Appeal from the United States District Court
For the District of Utah – Honorable Robert J. Shelby
Case No. 2:10-cv-00067 (RJS)

**APPELLEE PHL VARIABLE INSURANCE COMPANY'S
RESPONSE TO
APPELLANTS' MOTION TO FILE CORRECTED OPENING BRIEF**

Thomas F.A. Hetherington
David T. McDowell
Andrew R. Kasner
EDISON, MCDOWELL & HETHERINGTON LLP
3200 Southwest Freeway, Suite 2100
Houston, Texas 77027
Telephone:  (713) 337-5580

ATTORNEYS FOR PLAINTIFF-APPELLEE
PHL VARIABLE INSURANCE COMPANY

PHL Variable Insurance Company ("PHL"), by and through its undersigned attorneys, files this response to Appellants' Motion to File Corrected Brief (the "Motion") and this Court's Order, dated January 29, 2016, as follows:

Based upon the representations contained within the Motion, PHL does not oppose the Motion or the relief requested therein.

Dated: February 5, 2016                Respectfully submitted,

By:     s/ David T. McDowell
        Thomas F. A. Hetherington
        David T. McDowell
        Andrew R. Kasner
        EDISON, MCDOWELL &
            HETHERINGTON LLP
        3200 Southwest Freeway, Suite 2100
        Houston, Texas 77027
        Telephone: (713) 337-5580
        tom.hetherington@emhllp.com
        david.mcdowell @emhllp.com
        andrew.kasner@emhlp.com

        *Attorneys for Appellee*
        *PHL Variable Insurance Company*

1

## **CERTIFICATE OF COMPLIANCE**

This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14-point Times New Roman

Dated:  February 5, 2016          Respectfully submitted,

                                 By:    s/ David T. McDowell
                                            Thomas F. A. Hetherington
                                            David T. McDowell
                                            Andrew R. Kasner
                                            Edison, McDowell &
                                                  Hetherington LLP
                                            3200 Southwest Freeway, Suite 2100
                                            Houston, Texas 77027
                                            Telephone: (713) 337-5580
                                            tom.hetherington@emhllp.com
                                            david.mcdowell @emhllp.com
                                            andrew.kasner@emhlp.com

                                            *Attorneys for Appellee*
                                            *PHL Variable Insurance Company*

## **CERTIFICATE OF DIGITAL SUBMISSION**

I hereby certify that with respect to the foregoing:

(1) all required privacy redactions have been made per 10th Cir. R. 25.5;

(2) if required to file additional hard copies, that the ECF submission is an exact copy of those documents;

(3) the digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, Trend Micro Smart Protection Network, Version n12.317.00, last updated February 5, 2016, and according to the program are free of viruses.

Dated:  February 5, 2016          Respectfully submitted,

                                              By:    s/ David T. McDowell
                                                       Thomas F. A. Hetherington
                                                       David T. McDowell
                                                       Andrew R. Kasner
                                                       EDISON, MCDOWELL &
                                                          HETHERINGTON LLP
                                                       3200 Southwest Freeway, Suite 2100
                                                       Houston, Texas 77027
                                                       Telephone: (713) 337-5580
                                                       tom.hetherington@emhllp.com
                                                       david.mcdowell@ @emhllp.com
                                                       andrew.kasner@emhlp.com

                                                       *Attorneys for Appellee*
                                                       *PHL Variable Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2016, I electronically filed the foregoing using the Court's CM/ECF system, which will send notification of such filing to the following:

R. Willis Orton
worton@kmclaw.com; tsanders@kmclaw.com

Alexander Dushku
adushku@kmclaw.com

R. Shawn Gunnarson
sgunnarson@kmclaw.com

Shawn T. Richards
srichards@kmclaw.com

David W. Scofield
dws@psplawyers.com; hj@psplawyers.com

Dated:  February 5, 2016            Respectfully submitted,

                                    By:    s/ David T. McDowell
                                               Thomas F. A. Hetherington
                                               David T. McDowell
                                               Andrew R. Kasner
                                               EDISON, MCDOWELL &
                                                    HETHERINGTON LLP
                                               3200 Southwest Freeway, Suite 2100
                                               Houston, Texas 77027
                                               Telephone: (713) 337-5580
                                               tom.hetherington@emhllp.com
                                               david.mcdowell @emhllp.com
                                               andrew.kasner@emhlp.com

*Attorneys for Appellee*
*PHL Variable Insurance Company*

5