**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**February 5, 2016**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

─────────────────────────────

| | |
|---|---|
| PHL VARIABLE INSURANCE COMPANY,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>THE SHELDON HATHAWAY FAMILY INSURANCE TRUST, by and through its trustee, DAVID HATHAWAY,<br><br>    Defendant - Appellant,<br><br>and<br><br>WINDSOR SECURITIES, LLC,<br><br>    Intervenor Defendant - Appellant. | Nos. 15-4028 & 15-4029 |

─────────────────────────────

**ORDER**

─────────────────────────────

Before **MATHESON**, **BALDOCK**, and **MORITZ**, Circuit Judges.

─────────────────────────────

These matters are before the court on the appellants' *Motion to File Corrected Opening Brief.* We also have a response. Upon consideration, the motion is granted. The

corrected brief submitted on January 25, 2016, shall be shown filed as of the date of this order.

                                                        Entered for the Court

                                                        ELISABETH A. SHUMAKER, Clerk